Thomas W. Lamont et al., Individually and as the International Committee of Bankers on Mexico, Respondents, v. Travelers Insurance Company et al., Respondents, and Louis S. Otten-heimer et al., Interveners, Respondents.

The Government of the United States of Mexico, Appearing Specially, Appellant.

Argued April 11, 1945; decided May 24, 1945.

*Jerome Sayles Hess* and *Frank M. Rashap* for appellant appearing specially.

*Ralph M. Carson* for plaintiffs, respondents.

*Mark Hyman, Eugene Untermyer, Hiram S. Gans, William J. Moran, Daniel W. Blumenthal, Frank R. Bruce, Abraham N. Davis, Rudolph E. Uhlman, William E. Haudek, David M. Berger, B. Leo Schwarz, Israel Beckhardt, George B. Tepper* and *Edward A. Kimmel* for defendants, respondents.

Judgment affirmed, with costs payable out of the fund. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.